**SO ORDERED**

FURTHER ORDERED, that the Debtor shall only pay the compensation and reimbursement of expenses allowed in this order in accordance with the Order Granting Debtors' Motion to Allocate Fees and Expenses of Estate Professionals [Docket No. 656].



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | * | |
| NOVATION COMPANIES, INC. *et al.*,[1] | * | Chapter 11 |
| | * | Case Nos. 16-19745, 19747-19749 (DER) |
| Debtors. | * | (Jointly Administered) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER AUTHORIZING FIRST AND FINAL FEE APPLICATION
OF NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.
<u>AS VALUATION EXPERT FOR THE DEBTORS</u>**

Upon consideration of the first and final fee application of National Economic Research Associates, Inc., as Valuation Expert for the Debtors (the "*Final Fee Application*")[2] for entry of an order (a) approving compensation in the amount of $891,719.50 for professional services rendered to the Debtors and reimbursement in the amount of $12,514.94 for expenses incurred

---

[1] The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/ka NovaStar Finacial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation, and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation, and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in Final Fee Application.

during the period of November 28, 2016 through June 14, 2017, and (b) authorizing the Debtors to pay NERA $750,462.99; upon consideration of the Final Fee Application; the Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334, and the Omnibus Objection of Deutsche Bank National Trust Company (the "DB Objection") [Dkt. No. 649], and venue of the chapter 11 cases and the Final Fee Application in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); proper and adequate notice of the Final Fee Application having been given under the circumstances; this Court having determined that the legal and factual bases set forth in the Final Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Final Fee Application is granted and the DB Objection is overruled;

2. NERA is allowed, on a final basis, $891,719.50 in compensation as a chapter 11 administrative expense of the Debtors' estates pursuant to section 503(b) and 507(a)(1) of the Bankruptcy Code;

3. NERA is allowed, on a final basis, $12,514.94 in reimbursable expenses as a chapter 11 administrative expense of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

4. The Debtors are authorized to pay NERA the sum of $750,462.99, representing the total amount of fees and expenses due for the Final Application Period but not yet paid, and .

5. This Court shall retain jurisdiction to hear all disputes arising out of the entry of this order.

4

cc:    Joel I. Sher, Esquire
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
jis@shapirosher.com

Adam H. Friedman, Esquire
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Email: afriedman@olshanlaw.com

*Counsel to the Debtors and Debtors in Possession*

Thomas C. Goodhue, Esquire
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
tgoodhue@hunton.com

Jason W. Harbour, Esquire
Nathan Kramer, Esquire
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
jharbour@hunton.com
nkramer@hunton.com
*Counsel for Creditors' Committee*

Hugh M. Bernstein, Esquire
Katherine A. Levin, Esquire
OFFICE OF THE U.S. TRUSTEE
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
Hugh.M.Bernstein@usdoj.gov
Katherine.A.Levin@usdoj.gov

Faten Sabry, Managing Director
National Economic Research Associates, Inc.
NERA Economic Consulting
1166 Avenue of the Americas, 29th Floor
New York, New York 10036
faten.sabry@NERA.com
*Valuation Expert for the Debtors*

**- END OF ORDER -**

4